**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00933-CMA-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

$393,550.00 IN UNITED STATES CURRENCY,

Defendant.

## MINUTE ORDER

Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Claimant Seung Yu Motion to Set Matter for Trial [# 36] (the "Motion") and Plaintiff United States of America's opposition thereto and Request to Set Scheduling Conference [#37] (the "Request"). Pursuant to the Order Referring Case dated April 11, 2013 [#2] and the memorandum dated February 19, 2015 [#39], the Motion and Request were referred to this Magistrate Judge.

      IT IS ORDERED that Claimant Sueng Yu's Motion is DENIED and Plaintiff United States of America's Request is GRANTED. The forthcoming scheduling conference is set for Monday, March 16, 2015 at 11:00 a.m. in Courtroom C-205 at the Byron G. Rogers Courthouse.

DATED February 23, 2015.