IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00933-CMA-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$393,550.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 50), the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Seung Yu, through counsel, Harvey Steinberg, and have reached a settlement agreement resolving the Yu's interest as to Defendant Currency;

The Government and Claimant Yu have filed their Settlement Agreement with the Court resolving all issues in dispute as to Defendant Currency;

THAT no other claims to the above listed defendant property have been filed,

THAT $196,775.00 of Defendant Currency shall be returned to claimant Seung

1

Yu;

THAT forfeiture of Defendant $196,775.00 in United States currency shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States shall have full and legal title to defendant $196,775.00 in United States Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant Currency pursuant to 28 U.S.C. § 2465.

SO ORDERED this 17th day of August, 2015.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
U.S. District Court Judge