IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00933-CMA-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$393,550.00 IN UNITED STATES CURRENCY,

       Defendant.

_____

## FINAL JUDGMENT

       Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Christine Arguello, the following JUDGMENT is hereby entered:

       1.    That forfeiture of Defendant Currency in the amount of $196,775.00, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

       2.    That the United States shall have full and legal title as to Defendant Currency in the amount of $196,775.00 and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

       3.    That the Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to Defendant Currency in the amount of $196,775.00 under 28 U.S.C. § 2465.

4.      Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 17th day of August, 2015

JEFFREY P. COLWELL
Clerk of the U.S. District Court

By: s/V. Barnes,
Deputy Clerk